Stephen V. Elzie, OSB No. 201374
steve@elzielaw.com
Elzie Law
735 SW 1st Ave, Suite 201
Portland, OR 97204
(503) 568-1267

Attorney for Plaintiff,
Ozaner Mathis

Megan J. Crowhurst, OSB No. 132311
mcrowhurst@littler.com
Colleen O. Muñoz, OSB No. 201097
cmunoz@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Tower
1300 SW 5th Avenue, Ste 2050
Portland, Oregon 97201
Telephone: 503.221.0309
Facsimile: 503.242.2457

Attorneys For Defendant, American Lumper
Services, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OZANDER MATHIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN LUMPER SERVICES, LLC, a foreign corporation,<br><br>Defendant. | No.  3:25-cv-00770-YY<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE AND ORDER** |

STIPULATED MOTION TO DISMISS WITH PREJUDICE AND ORDER - 1

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Ozander Mathis and Defendant American Lumper Services, LLC, by and through their respective counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count, claim, and counter-claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 8th day of May, 2026.

/s/ Stephen v. Elzie
Stephen V. Elzie, OSB No. 201374
steve@elzielaw.com

Attorney for Plaintiff,
Ozander Mathis

LITTLER MENDELSON, P.C.

/s/ Colleen O. Muñoz
Megan J. Crowhurst, OSB No. 132311
mcrowhurst@littler.com
Colleen O. Muñoz, OSB No. 201097
cmunoz@littler.com
Attorneys for Defendant, American Lumper
Services, LLC

STIPULATED MOTION TO DISMISS WITH PREJUDICE AND ORDER - 2

## <u>ORDER</u>

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: May 18, 2026                    By: _____/s/ Youlee Yim You_____

Hon. Youlee Yim You

United States Magistrate Judge

STIPULATED MOTION TO DISMISS WITH PREJUDICE AND ORDER - 3